# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE RANDEL FULLER,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, HIGH DESERT STATE PRISON,<br><br>    Respondent. | Case No. CV 10-5515-DSF (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 4/4/12

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE